# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 20-MJ-03235 |
|---|---|---|
| USMS# TRAVIS SMITH | DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 7/11/2020   ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   TITLE 18 USC 2422

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1994

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): _____

11. Name: SA JULIE C. MILLER   (please print)

12. Office Phone Number: 310 477 6565   13. Agency: FBI

14. Signature: Julie C. Miller   15. Date: 7/14/2020

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION