UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | Western Division |
|---|---|
| vs. | Case #: 2:20-MJ-03235-1  **Complaint & Warrant** |
| Travis Smith | Initial App. Date: 07/14/2020  Custody |
| | Time: 1:00 PM |
| Defendant. | Date Filed: 07/13/2020 |
| | Violation: 18 USC 1201, 18 USC 2422, 18 USC 2423 |
| | CourtSmart/Reporter: Anne Kielwasser |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: John E. McDermott | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| ShaRon Lorenzo | C. Richmond | / None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Nadine Hettle ☑ DFPD, ☑ Appointed

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Preliminary Hearing set for 7/28/2020 at 11:30AM

☑ PIA set for 7/31/2020 at 11:30 AM in LA.

☑ Defendant committed to the custody of the U.S. Marshal

☑ PSA, ☑ FINANCIAL, ☑ READY

Deputy Clerk Initials: slo
00 : 06