Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
07/28/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: JM  DEPUTY

Case Number: 2:20-cr-00320-JAK
Defendant Number: ___
U.S.A. v. TRAVIS SMITH
Year of Birth: 1994

☐ Indictment    ☐ Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense: July 1-11, 2020

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles      ☐ Ventura
☐ Orange           ☐ Santa Barbara
☐ Riverside        ☐ San Luis Obispo
☐ San Bernardino   ☐ Other ___

Citation of Offense ___

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No    ☐ Yes

If "Yes," Case Number: ___

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ___

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 7/13/20

Case Number: MJ 20-03235

Assigned Judge: None

Charging: 18 U.S.C. § 1201: Kidnapping; 18 U.S.C. § 2422: Entice

The complaint/CVB citation:

☑ is still pending
☐ was dismissed on: ___

## PREVIOUS COUNSEL

Was defendant previously represented?  ☐ No  ☑ Yes

IF YES, provide Name: Nadine Hettle

Phone Number: 213.894.4790

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?  ☑ Yes  ☐ No

This is the ___ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: ___

Case Number ___

The superseded case:

☐ is still pending before Judge/Magistrate Judge ___

☐ was previously dismissed on ___

Are there 8 or more defendants in the superseding case?
☐ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes  ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect:

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien
Alias Name(s)

This defendant is charged in:
☑ All counts
☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☑ violent crimes/firearms
☐ Other  child exploitation
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint:
b. Posted bond at complaint level on:
   in the amount of $
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district:

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☑ Federal
b. Name of Institution:  MDC
c. If Federal, U.S. Marshals Service Registration Number: 66413-112
d. ☑ Solely on this charge. Date and time of arrest:
   07/11/20 at 4:30 p.m.
e. On another conviction:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  AND
Name of Court:
Date transferred to federal custody:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:

Date  07/27/2020

*Catharine Richmond* (signature)
Signature of Assistant U.S. Attorney
CATHARINE A. RICHMOND
Print Name