NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
      1300 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-7162
      Facsimile: (213) 894-0141
      E-mail:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-320-JAK |
|---|---|
| Plaintiff, | JOINT REPORT ON DISCOVERY STATUS |
| v. | Pretrial Conference Date: 09/10/20 <br> Pretrial Conference Time: 8:30 am <br> Location:    Courtroom of the <br>               Hon. John A. <br>               Kronstadt |
| TRAVIS SMITH, | |
| Defendant. | |

        Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Catharine Richmond,

and defendant TRAVIS SMITH, by and through his counsel of record,

Deputy Federal Public Defender Nadine Hettle, having met and

conferred on August 14, 2020, hereby files its Joint Report on

Discovery Status per the Court's Standing Order for Criminal Cases:

**Status of Discovery**

        1.    Per the Court's Standing Order, on August 7, 2020, the

government produced, via disc sent by interoffice mail, approximately

669 items of discovery to the defense, including defendant's

statements and evidence obtained by electronic surveillance.  The government also produced, pursuant to Federal Rules of Criminal Procedure Rule 16 via invitation to review in person, child sexual exploitation material and documents related to emergency disclosure requests.  The government informed defense counsel that she intends to produce the documents related to the emergency disclosure requests as soon as practicable, and the government anticipates producing the aforementioned documents by the end of August.  Defense counsel has not yet personally seen the disc or its contents, but does not dispute the government's contention that the government sent it to her.  In addition, the government anticipates it is possible further investigation will ensue in this matter.  If further discovery is generated due to any further investigation, the government will timely produce such material to the defense, keeping in mind that all discovery to be admitted at trial must be produced two weeks prior to the scheduled trial date.

        2.    The defense has not produced any discovery to the government.

**Discovery Disputes**

        3.    At this time, there are no discovery disputes.  The parties reserve the right to request additional discovery from each other, however, and raise any issues stemming from such discovery in the future.

        4.    On August 7, 2020, the government sent the defense a proposed protective order stipulation and proposed order.  The defense is still considering whether to sign it.  If the defense does not join the stipulation, the government anticipates filing for the protective order ex parte.

1    **Anticipated Pretrial Motions**

2      5.   Neither party has yet identified any pretrial motions it

3 might file, but reserve the right to file pretrial motions before

4 trial.

5    **Trial Date**

6      6.   The parties do not anticipate proceeding on the current

7 trial date on September 22, 2020, and anticipate filing a stipulation

8 to continue the trial date in advance of the pretrial conference on

9 September 10, 2020.

10   **Anticipated Length of Trial**

11      7.   The parties estimate the trial will take between 5-7 days.

12 The parties reserve the right to submit a revised estimate if

13 circumstances change.

14 Dated: 08/14/20                     Respectfully submitted,

15                                     NICOLA T. HANNA
                                       United States Attorney
16
                                       BRANDON D. FOX
17                                     Assistant United States Attorney
                                       Chief, Criminal Division
18

19                                       /s/  *Catharine Richmond*
                                       ─────────────────────────────
20                                     CATHARINE A. RICHMOND
                                       Assistant United States Attorney
21
                                       Attorneys for Plaintiff
22                                     UNITED STATES OF AMERICA

23
   Dated: 08/14/20                     /s/ *Nadine Hettle by email*
24                                     *permission on 08/14/20*
                                       ─────────────────────────────
25                                     NADINE HETTLE
                                       Deputy Federal Public Defender
26
                                       Attorney for Defendant
27                                     TRAVIS SMITH

28