TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7162
    Facsimile: (213) 894-0141
    E-mail:   catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-320-JAK |
|---|---|
| Plaintiff, | STATUS REPORT REGARDING SPEEDY TRIAL STIPULATION |
| v. | |
| TRAVIS SMITH, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Catharine Richmond, and Deputy Federal Public Defender Nadine Hettle, hereby file a Stats Report Regarding a Speedy Trial Stipulation.

    1.   On September 16, 2021, this Court ordered the trial date in this matter continued until December 7, 2021, and – among other deadlines – set the parties' pretrial filings to be due on November 4, 2021. (Dkt. 33.)

    2.   Since that time, the parties have continued to work on the case including, but not limited to, arranging for defense counsel to

review the contraband evidence and engaging in ongoing plea negotiations. Given the Court's previous order and the ongoing nature of the defense counsel's preparation, the parties believe a short continuance is necessary.

3. Defense counsel will speak with defendant, who is currently housed in a federal facility in San Luis, Arizona, via VTC next Monday, November 8, 2021. She plans to discuss a Speedy Trial stipulation with him then and, based on previous conversations, expects he will authorize her to sign the stipulation on his behalf.

4. The parties are filing this status report merely to inform the Court that they are aware of the Court's deadlines and are putting forth their best efforts to comply with the Court's orders.

Dated: November 2, 2021                 Respectfully submitted,

                                        TRACY L. WILKISON
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        *Catharine Richmond*
                                        _____
                                        CATHARINE A. RICHMOND
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

Dated: November 2, 2021

                                         /s/ *Nadine Hettle*
                                        _____
                                        NADINE HETTLE
                                        Deputy Federal Public Defender

                                        Attorney for Defendant
                                        TRAVIS SMITH