# EXHIBIT A

09/12/2022

Hell, I am ▮▮▮'s step father, ▮▮▮▮▮▮▮. I've been in ▮▮▮'s life since she was 3 years old, so she is my daughter in my heart, and bones. Before this event occurred, I was seeing a little girl start to grow into a young lady. She had wanted to get into oceanographic study. She also had the grades to do it. I am a contractor, and I would take her to some of my side jobs to help me clean up, and show her what I did to make a clean living. Then I noticed some small changes with her a couple of months before she was kidnapped, but I know kids that are 15, going on 16 do different things in the processes of growing. So, that's just what I figured was going on with her at that time. Then she was kidnapped.

The police were called, and said she probably just was out drinking, or with a boy, or ran away. We knew better. ▮▮▮▮, and the girls went searching on the internet to find Travis. I got on my bicycle after work, and went looking on the river banks, I know the odds of kids that disappear. They're not good. After 2 days of me working, and looking for her after work, the girls had Travis' location. After 4 days the police, and an FBI agent showed up on our doorstep to tell us ▮▮▮ had been located at Travis's home. We also received a call from Sylmar juvenile probation department that ▮▮▮ was in their custody. They said that if we didn't come and pick her up right away, they were going to place charges on her. We live in another State, what. Why? So, after hardly any sleep for the time she had been missing, we rented another vehicle, and drove from our State of residence to California all night, only stopping for gas, and bathroom breaks. We picked her up that following morning, and rented a motel room. While we waited to for her to get released out of that facility, we spoke to a CPS worker that was waiting for a different child to come out of the building. We explained our situation. She said we had no clue how lucky our daughter was to be coming home alive. She told us that most of the time these kids end up being sex trafficked, sold, taken to Mexico, or dead. She spoke about how slim the odds are. I can't put into words the feelings when I was able to hold my baby girl in my arms again.  Next, we visited her older sibling in CA, and grandkids, and drove back home.

Then it seems her mental state changed. Whatever grooming Travis did to her, stopped her from seeing any hope, all she saw was negativity, and it's gone down from there. She only seems to find kids that do drugs, and have bad home life's, with lots of chaos that wallow in victim mentality, and compare whose story is worse than the others. Then it seems like she makes things up that never happened to sound like she had the worst home life ever. She says she can't be at home because the kidnapping happened here, and brings back bad memories, but stays somewhere else where she was assaulted. Now, she makes up her own reality, and believes it. She will change that reality 3 times in 30 minutes, and believe each one, and it's heartbreaking. She will blow simple life problems into life-or-death deals, and will yell at us, and throw a fit like a 5-year-old. She hurts herself, cutting, or piercing, just so she can feel something, I believe. She also has tried to build this hard shell around her so no one can hurt her.

She says sometimes that she is all better now. She's not. She is a confused little girl, and won't let anything we say in, like we're all wrong. She has lost a whole lot of weight. Now, she's been going to Urgent care 3 or 4 times a week, and she calls, or messages her mom saying that she has a tumor, or a brain bleed, or her ribs are out of place, or she's growing extra rib bones. She has seen different doctors for the same problems, but they don't give her the answers she wants, so she goes somewhere else. It's tearing me, and her mom up. We have pushed, and pulled her to get mental help as gently as we can, but you can lead a horse to water, but can't make them drink. All she seems to do is find chaos, or make

up chaos, so she doesn't have to deal with the problems between her ears. It's gut wrenching to watch, and frustrating.

My personal opinion is, the kidnapping, sexual abuse, mind games, and other things that punk Travis Smith did to my little girl, a 15-year sentence is a slap on the wrist for him. He deserves to serve a minimum of 25 in a normal Federal Prison, not protective custody pedophile prison. He broke my baby.

Signed,

███████