# EXHIBIT B

09-10-2022

You never think that one day you will awaken from a nap, and suddenly by nightfall, you become aware your child is now one of the missing. Yet somehow, here we are. You call police, convince them there is no way, shape, or form, your child (straight A student) has voluntarily chosen to run away. Mama mode kicks in, in full force, and the search begins. Look around her room for clues, and bring her sisters in to look as well. Talk to her friends, start scouring her social media, gain clues as to whom she had been speaking to online; Via Facebook, Instagram, Snapchat, etc.

Within 24 hours I had your real, full name; not your alias "Cash". You were careless, stupid, as most criminals usually are. You were still following MY child on Instagram. My daughters found you on her profile, and connected you to Facebook. I implored a few of my internet "troll" friends, and whammy, you were toast. Who would've ever thought a hospital ID bracelet would hold the key to MY daughters life, that a lackadaisical pedophile openly left on a profile? Stupid is as stupid does. You literally handed yourself on a silver platter. I private messaged you, gave you a chance to return MY child, you played games. Very dumb move. You knew I would not give up. The LAW would come. You had a life that did NOT belong to you.

I had 2 hours of sleep in 5 days. I KNEW my child was coming home ALIVE. The local Police, The National Center for Missing and Exploited Children, and the FBI, were all working together. NO way were you slipping away. YOU knew it, and I knew it. This was MY child, and she was coming home in one piece.

You STOLE MY 15 year old CHILD, broke her spirit, ruined her trust in anyone, destroyed her faith in humanity. YOU destroyed her trust in men. YOU tried to de-soul her. YOU defiled her. YOU held her hostage. YOU beat her, leaving some of her teeth loosened. YOU drugged her. YOU scarred her by burning her with lighters. YOU inflicted upon her the most gruesome acts of sick, demented pedophilia, and sexual abuse possible. YOU held her prisoner in your filthy home. YOU depleted her self worth. Some of the filthy acts you did to her, make daily acts of living hard for her to do, because her bodily function is impaired. YOU BROKE her. YOU STOLE the child within her.

Psychologically, she now suffers from PTSD, panic/anxiety attacks, insomnia, amongst other personality issues. She has been suicidal at times. At times, she has also questioned her will to live. She has stated many times, how she will never be the same, and how she is damaged goods. Her innocence was destroyed, and stolen, taken by a thief. YOU TOOK THAT! YOU BROKE THAT! YOU have tested MY relationship with MY child by the emotional/mental damage YOU caused her. YOU have tested the relationships she has with her siblings by the methods of YOUR control/grooming tactics YOU used on her. The lies you concocted to instill fear in her at the time you kidnapped her may have worked then, however, she knows now you are a weak, peon of a man that exploits women and children, rather than deal with your own anger constructively.

Fear is what fueled me to find you. Fear that you were going to possibly traffic her, sell her, leave to Mexico. Time was of essence. However, afraid of YOU? Never. What kept me going? HATE kept me going. I HATE YOU for what you've done to my youngest child of 6 siblings. 5 sisters, one brother. My daughters have been raised by strong women, and law-abiding men. Alex is a fighter, a warrior. She will get through this horrendous period in her life. She will make it through this cloudy muck of filth, and

come out stronger. She will come out wiser, more knowledgeable. She will use her strength to help, and guide others, this is what warriors do. They fight for themselves, as well as others.

"They" say to forgive is to have peace. I however, do not believe in such. I will NEVER forgive YOU. What's done, is done. YOU made your choice, there are no go backs. Your choices have consequences. I will however, use every ounce of hatred, every ounce of disgust, ill will towards you, and fuel my energy into Alex's future. I WILL utilize MY anger towards YOU, and turn it into a positive force of energy. The more this tornado inside of me that withholds hatred/anger towards you spins wildly, I will continue to adamantly LOVE MY daughter, continue to do my best to guide her in the direction of positivity, and productivity in her life. I will continue to try and guide her towards a path of healing, and therapeutic behavior. I will continue to try and be as patient as I can be, while she navigates her way through recovery from the damage, and destruction YOU caused. Her walk into adulthood is barely beginning, and she is creating a new Alex.

For YOU, I hope YOU live in the hell of your own mind while you're locked away, society safe. I wish your crime carried a death sentence, because YOU killed my child. She NO longer is a child, even though she is only 17 now, 2 years later. YOU took that. It will take many years of therapy to repair what you have inflicted on a young mind, and body. I revel in the thought of YOU being locked away for many, many, years to come, because YOU earned it.

As the daughter of a man that served for, and retired from the Criminal Justice System in the State of California, I have full FAITH you will receive the maximum amount of time our penal system will allot.

When I'm up late at night guarding my home (since your 2 cohorts that helped you kidnap my child are still on the loose, and know where we live) I sometimes chuckle to myself. This ole 56 year old granny nailed you. Did YOU really think YOU would get away with this? My FATHER was an officer of the LAW! I'm sure he is smiling somewhere in the universe. Oskar G. Garri was by my side throughout this entire nightmare, making sure his grandchild made it home safely. I believe that.

Signed,

██████████████