# EXHIBIT C

My name is ▇▇▇▇, I am ▇▇▇'s older sister. The day that ▇▇ went missing my entire family was frantic and terrified, we couldn't sleep eat or work. From the moment we would wake up from whatever little amount of sleep we got we were looking for ▇▇ until the moment we fell back asleep. Since we got ▇▇ back home she has declined rapidly, she is not the same person she was before this horrible ordeal happened to her. She struggles with depression, ptsd, anxiety and so many other issues. ▇▇ will never be the same happy girl she was before this, she will forever be changed and scarred from the trauma she endured. Travis smith has turned ▇▇ into a broken image of the girl she once was. She is scarred and will never be the same. Please bring her justice.